| | |
|---|---|
| 1 | Mathew K. Higbee, Esq., SBN 241380 |
| | Ryan E. Carreon, Esq., SBN 311668 |
| 2 | **HIGBEE & ASSOCIATES** |
| | 1504 Brookhollow Dr., Suite 112 |
| 3 | Santa Ana, CA 92705 |
| | (714) 617-8336 |
| 4 | (714) 597-6559 facsimile |
| | mhigbee@higbeeassociates.com |
| 5 | rcarreon@higbeeassociates.com |
| 6 | *Attorneys for Plaintiff,* |
| | 7410, INC., THE ESTATE |
| 7 | OF LEIGH WIENER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7401, INC., THE ESTATE OF LEIGH WIENER, | Case No. 2:21-cv-08311-DSF-KK |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| MERCH TRAFFIC, LLC; and DOES 1 through 10 inclusive, | |
| Defendants. | **Complaint Served:** Jan. 5, 2022 |
| | **Current Response Date:** Jan. 26, 2022 |
| | **New Response Date:** Feb. 25, 2022 |

1

**L.R. 8-3 STIPULATION**

1 | IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between Plaintiff 7401, Inc. ("Plaintiff"), and Defendant Merch Traffic, LLC ("Defendant"), through their undersigned counsel, that Defendant may have a thirty (30) day extension of time, up to and including February 25, 2022, to file an answer or otherwise respond to Plaintiff's Complaint in the above-captioned action. No prior extension has been requested by Defendant.

Dated: January 21, 2022                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Counsel for Plaintiff*


**/s/ Christopher T. Varas**
Christopher T. Varas, Esq.
Cal. Bar No. 257080
**KILPATRICK TOWNSEND & STOCKTON LLP**
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 248-3830
(310) 860-0363 facsimile
*Counsel for MERCH TRAFFIC, LLC*

## ATTESTATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 21, 2022                                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Counsel for Plaintiff*